## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 20th day of April, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Rentlink Inc.*
661 Route 3
Plattsburgh, NY 12901

*Hiretech, Inc.*
*Rentlink Inc.*
661 Route 3 – Unit A
Plattsburgh, NY 12901

_____
Mary E. Augustine (No. 4477)

623493v1